**UNITED STATES of America, Plaintiff,**

v.

**RADIO CORPORATION OF AMERICA, Defendant.**

United States District Court
S. D. New York.
Jan. 20, 1955.

See also 117 F.Supp. 449.

Malcolm A. Hoffmann, Sp. Asst. to the Atty. Gen., Bernard M. Hollander, Washington, D. C., Mary Gardiner Jones, Cold Springs Harbor, N. Y., Daniel Reich, New York City, Bernard Wehrmann, New York City, Trial Attys., Stanley N. Barnes, Asst. Atty. Gen., Marcus A. Hollabaugh, Richard B. O'Donnell, Baddia J. Rashid, Sp. Assts. to the Atty., Gen., for plaintiff.

John T. Cahill, New York City, for defendant Cahill, Gordon, Reindel & Ohl, John W. Nields, New York City, Corydon B. Dunham, Jr., New York City, of counsel.

KNOX, Chief Judge.

If I could, in good conscience, transfer the trial of this suit to the District of Delaware, I would gladly do so.

However, the Government's complaint has to do with events and transactions that have taken place subsequent to the litigation that was held in Delaware some twenty years ago, D.C., 3 F.Supp. 23. With every desire that this Court be relieved of the burden of this action, I see no way by which I can properly bring this about.

Defendant's motion to transfer this suit to the District of Delaware is denied.